Opinion filed February 12, 2015



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00068-CV

_____

## MAIN STREET-SANTA ANA, LLC, Appellant

## V.

## MOUNT VERNON FIRE INSURANCE COMPANY, Appellee

### On Appeal from the 385th District Court
### Midland County, Texas
### Trial Court Cause No. CV46637

### M E M O R A N D U M   O P I N I O N

Appellant, Main Street-Santa Ana, LLC, has filed in this court an agreed motion to dismiss its appeal with prejudice. Appellant states that the parties "have reached a settlement agreement of all issues on appeal," and Appellant requests that we dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed

February 12, 2015                                                       PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.